# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. Magistrate Judge

Criminal No. 4:21-cr-00136-RGE-SHL-1   :   Clerk's Court Minutes – Plea

---

| | | |
|---|---|---|
| United States of America | : | Gov. Atty(s): Rachel J. Scherle |
| vs. | : | Def. Atty(s): Andrew James Graeve |
| | : | Court Reporter: Tonya Gerke |
| John Richard Stidolph | : | Interpreter: N/A |

---

Date: June 3, 2022   :   ✔ Indictment    Superseding Indictment    Information

Time Start: 1:08 p.m.   :   In 6 Count(s) – Code Violation:

Time End: 1:44 p.m.   :

     Cts 1 & 2: 18:1343 Wire Fraud

     Cts 4-7: 18:1001(a)(2) False Statements

   Certified/Language Skilled interpreter sworn

✔ Consent to magistrate accepted

✔ Defendant sworn

✔ Defendant advised of potential perjury charges

   Plea agreement filed/to be filed

     Defendant understands

     Defendant agrees

   ✔ There is no plea agreement to file

✔ Defendant advised of nature of charges

✔ Defendant advised of elements

✔ Defendant satisfied with attorney

✔ Defendant advised of penalties

   ✔ Maximum fine/incarceration

     Mandatory minimum fine/incarceration

   ✔ Forfeiture/restitution

   ✔ Supervised release

     ✔ Maximum

     Mandatory minimum

   ✔ Mandatory Special Assessment

✔ No promises made regarding sentence

✔ Defendant advised of sentencing guidelines

✔ Defendant waives rights to jury trial

✔ Defendant advised of right to persist in not guilty plea

       Defendant plea of guilty to Count(s): 1, 2, 4-7

   Court findings:

✔ Factual basis ✔ Voluntariness ✔ Competency to Plea

✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing

✔ Counsel informed they have 14 days to file any objection to Report and Recommendation

   Court accepts plea

   Court rejects plea

   Offense Conduct Statement due: Order to follow

   PSR to be disclosed to counsel: Order to follow

   Objections to PSR due: Order to follow

   Applicability of advisory guideline

   to the Court due: 10 days before sentencing

   Sentencing date: October 7, 2022, at 9:30 a.m.

     Before: The Honorable Rebecca Goodgame Ebinger

     In: Des Moines Courthouse    Rm: 160

   Custody status:

     Detention

   ✔ Bond

---

Additional Information:

Upon the agreement of the parties, the defendant shall remain on the previously set conditions of pretrial release and shall report to the sentencing hearing at the time and date as set forth above.

/s/ M. Mast

Deputy Clerk